UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RACHEL LUMBRA,** *individually and on behalf of all others similarly situated*,

        **Plaintiffs,**

  vs.                                                                                  1:22-CV-893 (MAD/DJS)

**SUJA LIFE, LLC,**

        **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Dkt. No. 17) is **GRANTED**; and the Court further **ORDERS** that the complaint (Dkt. No. 1) is **DISMISSED** with prejudice; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 26th day of May, 2023.

DATED: May 26, 2023

*[signature]*
Clerk of Court

s/Britney Norton
Deputy Clerk